**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7018**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHNNIE WAYNE DAVENPORT,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Malcolm J. Howard, Senior District Judge. (2:11-cr-00020-H-1)

———————

Submitted: October 15, 2015      Decided: October 20, 2015

———————

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Johnnie Wayne Davenport, Appellant Pro Se. Shailika S. Kotiya, OFFICE OF THE UNITED STATES ATTORNEY, Ethan A. Ontjes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Wayne Davenport appeals the district court's order denying his motion for relief of judgment, under Fed. R. Civ. P. 60(b), and related motions, challenging his 2011 criminal conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davenport, No. 2:11-cr-00020-H-1 (E.D.N.C. June 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED